IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

ALTERNATIVE DISPUTE RESOLUTION SUMMARY

Previous ADR Summary filed with the court of this date:
Civil Action Number: 2:11-cv-248
TQP Development, LLC v. 1-800-Flowers.com, Inc., et al. (consolidated)

1. Civil action number : **2:11-cv-00398-JRG-RSP**

2. Style of case: **TQP Development, LLC v. Alaska Air Group, Inc., et al.**

3. Nature of the suit: **intellectual property**

4. Method of ADR used: **mediation**

5. Outcome of ADR *(Select one)*:

   ☐ Parties did not use my services.    ☐ Settled, in part, as a result of ADR

   ☐ Settled as a result of ADR.    ☒ Parties were unable to reach settlement

   ☐ Continuing to work with the parties to reach settlement *(Note: provider must file supplemental ADR summary Form at conclusion of his/her services)*.

6. Please list persons in attendance (including party association, e.e. defendant, plaintiff):

   Please see attached

Please provide the names, address and telephone number of counsel on the reverse of this form.

7. Robert Faulkner
   JAMS, Inc.
   8401 North Central Expressway Suite 610
   Dallas, TX 75225
   214-744-5267

*Robert Faulkner/with permission*    11/6/2013
Signature    Date

<u>Alternative Dispute Resolution Summary</u>
*Continued*

Please provide the names, addresses and telephone numbers of counsel:

Paul A. Kroeger Esq.
Russ, August & Kabat
12424 Wilshire Blvd.
12th Floor
Los Angeles, CA  90025
Tel:  310-979-8278

Wasif H. Qureshi Esq.
Fish & Richardson P.C.
One Houston Center
1221 McKinney, Suite 2800
Houston, TX   77010
Tel: 713-654-5333

Neil J. McNabnay Esq.
Fish & Richardson P.C.
1717 Main St.
Suite 5000
Dallas, TX   75201
Tel: 214-292-4051

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November 2013, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas.

_____
Judy Stephenson, Case Manager