UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQP DEVELOPMENT, LLC,<br><br>               **Plaintiff,**<br><br>v.<br><br>ALASKA AIR GROUP INC., ET AL.,<br><br>               **Defendant.** | No. 2:11-CV-398-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The plaintiff TQP Development, LLC and defendant Orbitz, LLC, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing Plaintiff's claims in this action WITH PREJUDICE and dismissing all counterclaims as MOOT, with each party to bear its own costs, expenses and attorneys' fees.

SO STIPULATED:

November 8, 2013                                     Respectfully submitted,

| | |
|---|---|
| /s/ *Wasif Qureshi*<br><br>Neil J. McNabnay<br>mcnabnay@fr.com<br>Texas Bar No. 24002583<br>David B. Conrad<br>conrad@fr.com<br>Texas Bar No. 24049042<br>Ricardo J. Bonilla<br>rbonilla@fr.com<br>Texas Bar No. 24082704<br>**FISH & RICHARDSON P.C.**<br>1717 Main Street, Suite 5000 | By: \s\ *Paul A. Kroeger*<br>Paul A. Kroeger<br><br>Marc A. Fenster, CA SB No. 181067<br>Email: mfenster@raklaw.com<br>Adam S. Hoffman, CA SB No. 218740<br>Email: ahoffman@raklaw.com<br>Alexander C.D. Giza, CA SB No. 212327<br>Email: agiza@raklaw.com<br>Paul A. Kroeger, CA SB No. 229074<br>Email: pkroeger@raklaw.com<br>**Russ August & Kabat**<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone: (310) 826-7474 |

| | |
|---|---|
| Dallas, TX 75201<br>(214) 747-5070 - Telephone<br>(214) 747-2091 – Facsimile<br><br>Wasif Qureshi<br>qureshi@fr.com<br>Texas Bar No. 24048155<br>**FISH & RICHARDSON P.C.**<br>1221 McKinney St., Suite 2800<br>Houston, TX 77010<br><br>**Attorneys for Defendants**<br>**ORBITZ, LLC, EXPEDIA, INC., and**<br>**HOTWIRE INC.** | Facsimile: (310) 826-699<br><br>Andrew W. Spangler, State Bar No. 24041960<br>Email: spangler@sfipfirm.com<br>**Spangler Law P.C.**<br>208 N. Green St., Suite 300<br>Longview, TX 75601<br>Telephone: (903) 753-9300<br>Facsimile: (903) 553-0403<br><br>**Attorneys for Plaintiff**<br>**TQP DEVELOPMENT, LLC** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of November, 2013, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Paul A. Kroeger*
Paul A. Kroeger

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff and counsel for Defendant have conferred regarding the foregoing Motion, and Defendant does not oppose the relief sought.

Dated: November 8, 2013

*/s/ Paul A. Kroeger*
Paul A. Kroeger